[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13235
Non-Argument Calendar
_____

D.C. Docket No. 8:14-cr-00487-JDW-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COYWAE MCFARLANE,
a.k.a. Raymond Etabert Codrington,
a.k.a. Kyle McFarland,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 15, 2019)

Before MARCUS, MARTIN and BRANCH, Circuit Judges.

PER CURIAM:

The Federal Defender's Office, appointed counsel for Coywae McFarlane in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  McFarlane responded and filed a motion to supplement the record.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, McFarlane's convictions and sentences are **AFFIRMED**, and McFarlane's motion to supplement the record is **DENIED**.